29 A.3d 739

IN THE MATTER OF SUBPOENA DUCES TECUM ON
CUSTODIAN OF RECORDS, CRIMINAL DIVISION
MANAGER, MORRIS COUNTY

October 20, 2011.

ORDERED that the motion of the State of New Jersey for
leave to appeal is granted.